<HTML>
<HEAD>
<META NAME="Generator" CONTENT="WordPerfect 9">
<TITLE></TITLE>
</HEAD>
<BODY TEXT="#000000" LINK="#0000ff" VLINK="#551a8b" ALINK="#ff0000" BGCOLOR="#c0c0c0">


TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN











NO. 03-98-00242-CV








Jesse Wickenheiser, Individually; Richard and Linda Noell, Individually



and as Representatives of the Estate of Kristina Hope Noell,




Deceased; et al., Appellants






v.






CMG Partnership, LTD., Appellee











FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT



NO. 97-06837-A, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING 









PER CURIAM




Appellants collectively filed a Motion to Dismiss Appeal. (1) We grant appellants'
motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1).



We dismiss Appellee's Motion to Dismiss for Want of Prosecution as moot.





Before Chief Justice Aboussie, Justices Kidd and Patterson



Dismissed on Appellants' Motion



Filed: February 4, 1999



Do Not Publish



1. Appellants include Jesse Wickenheiser; Richard and Linda Noell, Individually and as
Representatives of the Estate of Kristina Hope Noell, Deceased, and as Representatives of all of the
Wrongful Death Beneficiaries of Kristina Hope Noell, Deceased; Louis and Stephanie Korkames,
Individually and as Representatives of the Estate of Victoria Luz Korkames, Deceased, and as
Representatives of all of the Wrongful Death Beneficiaries of Victoria Luz Korkames, Deceased;
Mark and Kendra Wickenheiser, Individually and as Representative of the Estate of Nina T.
Wickenheiser, Deceased, and as Representatives of all of the Wrongful Death Beneficiaries of Nina
T. Wickenheiser, Deceased; Richard and Carole Fisher; Rod and Maria Silva Henderson; Carolyn
and Thomas Oehler, Individually and as Representatives of the Estate of Katrina Oehler and Precious
Heart Oehler, Deceased, and as Representatives of all of the Wrongful Death Beneficiaries of
Katrina Oehler and Precious Heart Oehler, Deceased; Jeff Hultgren, as Representative of the Estate
of Rosa Irmas Rosas Hultgren, Deceased, and as Next Friend of Penelope Itzel Rosas; Stephen
Fisher; Juan David Otoya Silva; and John Wickenheiser.
</BODY>
</HTML>